No. 77–1849. Chicago Sheraton Corp. *v.* Zaban et al. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. Mr. Justice Brennan and Mr. Justice Blackmun would note probable jurisdiction and set case for oral argument.

No. 78–236. Metropolitan Development & Housing Agency *v.* South Central Bell Telephone Co. et al. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.

No. 78–5267. White *v.* Stubbs. Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.

No. 78–5296. Hornick *v.* Young Women's Christian Association of Madison, Wisconsin, Inc. Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 78–246. Armstrong *v.* New Mexico. Appeal from Sup. Ct. N. M. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–276. Lerner *v.* Hynes, Deputy Attorney General of New York; and Far Rockaway Nursing Home et al. *v.* Hynes, Deputy Attorney General of New York. Ct. App. N. Y. Appeal as to first case dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Appeal as to second case dismissed for want of substantial federal question. Reported below: 44 N. Y. 2d 329, 376 N. E. 2d 1294 (first case); 44 N. Y. 2d 383, 377 N. E. 2d 446 (second case).